AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-mj-00466 |
| Stacie Ann Hargis-Getsinger | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stacie Ann Hargis-Getsinger                                                                                   .

Date:    06/21/2021                                             /s/ Dennis E. Boyle
*Attorney's signature*

Dennis E. Boyle, Bar ID: PA0035
*Printed name and bar number*

1050 Connecticut Ave
Suite 500
Washington, D.C. 20036
*Address*

dboyle@dennisboylelegal.com
*E-mail address*

(202) 430-1900
*Telephone number*

*FAX number*