IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>vs.<br><br>John Hubert Getsinger, Jr.<br><br><br>and<br><br>Stacie Ann Hargis-Getsinger<br>    Defendants. | §<br>§<br>§<br>§     CASE NO. 1:21-mj-00466-RMM<br>§<br>§     NOTICE OF APPEARANCE OF COUNSEL<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

TO:   The Clerk of Court and all parties of record

**PLEASE TAKE NOTICE** I am admitted or otherwise authorized to practice in this court, and I Appear in these cases as counsel for John Hubert Getsinger, Jr. and Stacie Ann Hargis-Getsinger. Please send all future correspondence, notices, discovery, pleadings and other documents related to these matters to be served upon me as counsel of record and to my office at the address listed below.

>   Charles A. George, Esq.
>   George Law Firm, LLC – Criminal Law Group
>   P.O. Box 354
>   Mount Pleasant, SC 29465-0354
>   charles@george-law.com

>   Respectfully submitted,
>
>   /s/ Charles A. George
>   Charles A. George, Esq.
>   DC Bar #1510644
>   charles@george-law.com
>   George Law Firm, LLC – Criminal Law Group
>   P.O. Box 354
>   Mount Pleasant, SC 29465-0354
>   Telephone: 404-441-3100
>   Facsimile:  843-388-4430

Charleston, South Carolina
Tuesday, August 3, 2021

Page **1** of **2**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

/s/ Charles A. George  
**Charles A. George, Esq.**
