**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STACIE ANN HARGIS GETSINGER,<br><br>            Defendant. | Crim. Action No. 21-607-2(EGS) |

### ORDER

Stacie Ann Hargis Getsinger shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or after February 15, 2023.

**SO ORDERED.**

**Signed:**
  **Emmet G. Sullivan**
  **United States District Judge**
  **August 26, 2022**